# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 20 CR 812 |
| Plaintiff, | |
| | JUDGE: BARKER, P.A.. |
| v. | |
| KINDELL SMITH, | **MOTION REQUESTING A** |
| | **CONTINUANCE OF SENTENCING** |
| Defendant. | |

Now comes the Defendant, Kindell Smith, by and through his attorney, moves the court to continue the sentencing presently set for October 25, 2022, for the following reasons:

Counsel has , within the past hour(1:20 p.m. 10/24/2022) has received a telephone call from the defendant who previously " refused "to show up for a scheduled call with counsel on 10/11/2022, and now requests that This Honorable Court continue the sentence because he says" he is not ready" and there are out of town family members that need to attend.

Respectfully submitted,

_s/jkersey_____
James M. Kersey (0017785)
600 IMG Building
1360 East Ninth Street
Cleveland, OH 44114
(216) 241-3470

## ATTORNEY FOR DEFENDANT

## SERVICE

Now comes the undersigned and hereby certifies that a copy of the foregoing Motion For Continuance was sent by the Court's electronic mail to all parties concerned, this 24th day of October, 2022.

_s/jkersey_____
James M. Kersey